In the Matter of the Claim of LETA VROMAN et al., Claimants, against WILLIAM VAN ALSTYNE, Respondent. STATE INDUSTRIAL BOARD, Appellant.

Submitted October 18, 1944; decided November 22, 1944.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* of counsel), for appellant.

*Arnold M. Griffin* for respondent.

Order of Appellate Division reversed and award of the State Industrial Board confirmed, with costs in the Appellate Division and in this court, on the ground that the findings of the Board are supported by substantial evidence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.